Atlantic, Gulf and Pacific Company, Appellant, v. The State of New York, Respondent. (Claim 1395-A.)— Judgment unanimously affirmed, with costs.

Retta Ainslie, Respondent, v. Fred .W. Hartig and Harvey J. Neild, as Administrator, etc., of Luna M. Neild, Deceased, Appellants, Impleaded with Others.— Judgment unanimously affirmed, with costs.

Mary Deyo, Respondent, v. Rutland Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concur, except Van Kirk, J., dissenting.

Nicholas Dinardo, Respondent, v. James J. Barry, Appellant.— Judgment and order reversed on law and facts and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of evidence. All concur. The court disapproves of the findings that the negligence of the defendant was the proximate cause of the accident and that the plaintiff was free from contributory negligence.

East Side Garage, Inc., Appellant, v. The New Brunswick Fire Insurance Company and Norman E. Mason, Respondents.— Judgment and order unanimously affirmed, with costs.

Marion Greatsinger, Respondent, v. A. H. Hawley, as Treasurer of the Brotherhood of Locomotive Firemen and Enginemen, Appellant.— Judgment unanimously affirmed, with costs.

James H. Gaylord, Respondent, v. Wolcott Motor Company, Appellant.— Judgment affirmed, with costs. All concur, except Kiley and Van Kirk, JJ., who vote for modification by reducing the verdict to $247.50 and for affirmance as thus modified, without costs.

Frank U. Grant and Mary C. Yanson, Appellants, v. John S. Grant, Individually and as Executor, etc., of Julia A. Grant, Deceased, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

Jennie L. Guimond and Louis F. Guimond, Appellants, v. The President and Trustees of the Village of Monticello, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

Edmond Charles Getty, Respondent, v. Norma Getty, Appellant.— Sent to the Fourth Department in the furtherance of justice, under section 618 of the Civil Practice Act.

Jacob W. Holler and Stanley Shepard, Appellants, v. The State of New York, Respondent.— Judgment so far as appealed from unanimously affirmed, with costs.

International Paper Company, Respondent, v. Jeremiah T. Carey, Individually and as President of the International Brotherhood of Paper Makers, and Others, Defendants. The People of the State of New York ex rel. International Paper Company, Respondent, v. Cletus Sweeney, Appellant, and Another, Defendant.— Order reversed on law and facts, with ten dollars costs and disbursements, and proceeding dismissed, with ten dollars costs. All concur. The court disapproves of the finding that the appellant was guilty of violating the injunction order.

Leokadya Janiszewski, as Administratrix, etc., of Marion Janiszewski, Deceased, Respondent, v. Schenectady Railway Company, Appellant.— Judgment and order affirmed, with costs. All concur, except Hinman, J., dissenting.